# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DONNIE BRYANT,<br>    Defendant. | 2:06-cr-00234PMP-GWF<br><br>**ORDER** |

  On January 28, 2013, Defendant Donnie Bryant filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Custody (Doc. #655). As part of the foregoing motion, Defendant requests that the Court permit him to file a reply memorandum following response by the Government. On March 29, 2013, Plaintiff United States filed a Response to Defendant's Motion (Doc. #659).

  **IT IS ORDERED** that Defendant Bryant shall have to and including **May 6, 2013** within which to file a Reply Memorandum in support of Defendant's Motion to Vacate, Set Aside, or Correct Sentence.

DATED: April 15, 2013.

                *[signature]*
                PHILIP M. PRO
                United States District Judge