**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-0234 PMP-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| DONNIE BRYANT, an individual, ) | |
| Defendant. ) | |

Upon motion of the defendant pursuant to Rules 17(b) and ( c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Warden of FCC Allenwood located at : FCC ALLENWOOD, ATTN: WARDEN, RT 15, 2 MILES NORTH OF ALLENWOOD, WHITE DEAR, PA 17810 is directed to provide to defense counsel and the Assistant United States Attorney the following, "A copy of the educational , programming, course completions and related certificates for Donnie Ray Bryant #38608-048."

The ORDERED items shall be electronically transmitted to Attorney Craig W. Drummond (craig@drummondfirm.com) and Assistant U. S. Attorney Elizabeth Olson-White (elizabeth.o.white@usdoj.gov) within 14 days of this Order.

Dated this 16h day of December, 2013.

_____

PHILIP M. PRO, U.S. District Judge