UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATE OF AMERICA

       Plaintiff,

vs.

DONNIE BRYANT, ET AL

       Defendant.

District No.   2:06-cr-0234-GMN-GWF

### ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On December 15, 2016 this court received Request for Authorization for Transcript form dated December 14, 2016 requesting Transcript of a hearing held on August 16, 2007 from Mario Valencia, counsel for the Defendant in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _19_ day of December, 2016.

_____
GLORIA M NAVARRO
United States District Chief Judge