# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                Plaintiff,

      v.

Donnie Bryant

                Defendant.

JUDGMENT

Case Number: 2:06-cr-00234-GMN-GWF

(Related case: 2:16-cv-00435-GMN)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Donnie Bryant's Motions to Vacate are Granted in part and Denied in part. The Court vacates Donnie Bryant's conviction of Count 6 and his sentence of 10 years as to the same. IT IS FURTHER ORDERED that a Certificate of Appealability is Denied.

9/30/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk