# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | JUDGMENT |
| v. | Case Number: 2:06-cr-00234-GMN-GWF-1 |
| DONNIE BRYANT, | (Related case: 2:20-cv-02028-GMN) |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court Granted in Part the defendant's 28 U.S.C. 2255, as to correcting the clerical error in the Amended Judgment and Denied the remaining claims within the Motion. This matter is closed. Judgment is entered for the United States. A Certificate of Appealability shall not issue.

| | |
|---|---|
| 11/18/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |