JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BRYANT,<br><br>Defendant. | Case No. 2:06-cr-234-GMN-GWF<br><br>**Stipulation to Extend Deadlines Regarding Defendant Donnie Bryant's Motion (First Request)** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Angela H. Dows, Esq., counsel for defendant Donnie Bryant, that the government's deadline to respond to defendant's Renewed Motion for Sentence Reduction, ECF No. 877, currently set for April 15, 2024, be extended until April 22, 2024.

1. Bryant filed his Motion on March 29, 2024, and this Court ordered the government to respond by April 15, 2024. ECF No. 879.

2. Unfortunately, the government has a scheduling conflict and needs additional time to draft the response.

3. The undersigned reached out to the defense attorney, and she consented to extend the government's response deadline by one week to alleviate the conflict.

4. This is the first request to extend deadlines.

DATED this 9th day of April, 2024.

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| *s/Jim W. Fang* | *s/ Angela H. Dows* |
| JIM W. FANG | ANGELA H. DOWS, ESQ. |
| Assistant United States Attorney | *Counsel for Defendant Donnie Bryant* |
| *Counsel for the United States* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNIE BRYANT,<br><br>    Defendant. | Case No. 2:06-cr-234-GMN-GWF |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to defendant Donnie Bryant's Renewed Motion for Sentence Reduction, ECF No. 877, shall be filed and served on or before April 22, 2024. Defendant may file a reply by April 29, 2024.

DATED this 9 day of April, 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE